IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER LEWIS, | : | Case No. 4:14-cv-885 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| CORIZON HEALTH CARE, *et al.,* | : | (Magistrate Judge Schwab) |
| Defendants | : | |

**ORDER**

September 18, 2015

**BACKGROUND:**

The undersigned has given full and independent consideration to the June 26, 2015 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 51. No objections have been filed.

Because this Court agrees with Magistrate Judge Schwab's assessment that Plaintiff failed to prosecute pursuant to Federal Rule of Civil Procedure 41(b), the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

1

**IT IS HEREBY ORDERED THAT:**

1. The June 26, 2015 Report and Recommendation of Magistrate Judge Schwab is **ADOPTED** in full. ECF No. 51.

2. Plaintiff's complaint is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). ECF No. 1.

3. Defendants' motions to dismiss are **DENIED** as moot. ECF Nos. 26, 37, 41, & 46.

4. The Clerk of the Court is directed to close the case.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge